```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RASHAWN MAURICE SPENCER,                                    :
                                                            :
                            Plaintiff,                      :
                                                            :
            - against -                                     :
                                                            :
                                                            :   20-CV-599 (VSB)
                                                            :
JOHN CHUNG,                                                 :          ORDER
                                                            :
                            Defendant.                      :
                          .                                 :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/2020

VERNON S. BRODERICK, United States District Judge:

The parties in this matter appeared before me for a telephonic status conference on September 17, 2020, at 10:30 a.m. It is hereby:

ORDERED the parties are directed to submit a joint status letter on or before November 17, 2020 detailing the status of discovery and indicating whether the parties intend to file any dispositive motions.

SO ORDERED.

Dated: September 21, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge