```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  RASHAWN SPENCER,

                              Plaintiff,         ORDER SCHEDULING PRE-
                                                 SETTLEMENT TELEPHONE
            -against-                            CONFERENCE

  JOHN CHUNG,                                    20-CV-599 (DLC)

                              Defendant.
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

This case has been referred to me for settlement purposes (docket no. 34). A telephone conference will be held on **Monday, December 6, 2021 at 10:00 a.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

SO ORDERED.

Dated: November 18, 2021
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge