USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RASHAWN SPENCER,

                             Plaintiff,

      -against-

JOHN CHUNG,

                             Defendant.
-----------------------------------------------------------------X

**ORDER SCHEDULING PRE-TRIAL CONFERENCE**

20-CV-599 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A Pre-Trial Conference in this matter is hereby scheduled for **Tuesday, March 15, 2022 at 10:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

      **SO ORDERED.**

Dated: February 14, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge