USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/10/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RASHAWN SPENCER,

                        Plaintiff,                       **JUDGMENT**

       -against-                                     20-CV-599 (KHP)

JOHN CHUNG,

                        Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The issues in the above-entitled action having been brought on for trial before the Honorable Katharine H. Parker, United States Magistrate Judge, and a jury on June 7, 2022, and at the conclusion of the trial on June 10, 2022, the jury having returned a verdict in favor of the Defendant, it is,

**ORDERED, ADJUDGED AND DECREED:** That the Complaint be and is hereby dismissed.

      **SO ORDERED.**

Dated: June 10, 2022
       New York, New York

                                                     _____
                                                     KATHARINE H. PARKER
                                                     United States Magistrate Judge